FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 DEC 20 PM 3: 13
CLERK _M akins_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ERIC SCOTT FOLTZENLOGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-090 |
| | ) | |
| REUBEN M. GREEN; GRADY MOORE; | ) | |
| BRENDAN MURPHY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, incarcerated at Wheeler Correctional Facility in Alamo, Georgia filed the above-captioned case in the Southern District of Georgia on the standard 42 U.S.C. § 1983 complaint form used by incarcerated litigants. He complains about events occurring during his plea and sentencing for his underlying criminal conviction in the Superior Court of Cobb County, Georgia. (Doc. no. 1.) All Defendants allegedly reside in Marietta, Georgia. (Id. at 4.) Plaintiff also seeks to proceed *in forma pauperis* ("IFP"). (Doc. no. 2.) Based on the current state of the record, it is not entirely clear whether Plaintiff seeks to bring a civil rights case under 42 U.S.C. § 1983 or seeks habeas corpus relief. Regardless of which type of case he is trying to pursue, Plaintiff filed his case in the wrong district.

To the extent Plaintiff may be intending to pursue a civil rights case regarding events in Cobb County, Georgia against these Defendants, venue is proper in the Northern District of Georgia because both the alleged events and Defendants are located there. Moreover,

habeas corpus petitions filed by state prisoners are subject to the requirements of both 28 U.S.C. § 2254 and 28 U.S.C. § 2241. <u>Medberry v. Crosby</u>, 351 F.3d 1049, 1060-62 (11th Cir. 2003). It is the practice of this Court to transfer an action attacking a conviction to the district in which the original proceedings were conducted. <u>See</u> 28 U.S.C. § 2241(d).

Because neither Plaintiff's civil rights claims, nor his potential habeas corpus claims, are properly filed in the Southern District of Georgia, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

SO ORDERED this 20th day of December, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE